| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 09-475 |
| v. | : |
| | : |
| | : |
| WILLIAM JACKSON | : |

## ORDER

AND NOW, this 27th day of June, 2011, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that defendant's motions to suppress statements and physical evidence (paper nos. 12 and 13) are **DENIED**.

_____ J.